# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH MACIORA,

    Plaintiff,

    v.

PMB HELIN DONOVAN LLP, *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.  C16-295 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT: Defendants PMB Helin Donovan, LLP, Christie Cardwell and Donald McPhee's Motion to Dismiss is GRANTED. Plaintiff Kenneth Maciora's claims are dismissed in their entirety with prejudice. Plaintiff Kenneth Maciora's Motion for Leave to File Second Amended Complaint is DENIED.

    Dated this 20th day of July 2016.

 

WILLIAM M. MCCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk